UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ISAIAH DOSSIE,
        Plaintiff,

v.                                        Case No. 14-CV-0080

RACINE COUNTY,
        Defendant,

## DECISION AND ORDER

On January 24, 2014, plaintiff Isaiah Dossie filed a pro se complaint under 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis. Because plaintiff is incarcerated and seeks redress from a governmental entity, the Prison Litigation Reform Act applies to this case. See 28 U.S.C. § 1915A. Plaintiff did not provide a certified copy of his prison trust account statement for the six months prior to filing his complaint, which is necessary for the court to calculate plaintiff's initial partial filing fee.

**THEREFORE, IT IS ORDERED** that plaintiff shall file a certified copy of his prison trust account statement for the six motions prior to the filing of his complaint on or before **Friday, March 14, 2014**. Failure to submit the trust account statement will result in the denial of plaintiff's motion for leave to proceed in forma pauperis.

Dated at Milwaukee, Wisconsin, this 19th day of February, 2014.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge