# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ISAIAH DOSSIE,**
      **Plaintiff,**

v.                                                                        **Case No. 14-CV-0080**

**RACINE COUNTY,**
      **Defendant,**

---

## ORDER TO SHOW CAUSE

On April 7, 2014, I directed plaintiff to pay an initial partial filing fee of $1.25 within 21 days. To date, plaintiff has not submitted his initial partial filing fee. It is possible that plaintiff has chosen not to proceed with this case, but it is also possible that a lack of funds prevented him from making the payment. Before dismissing a case for failure to pay the initial partial filing fee, I must determine whether plaintiff "was at fault for not paying that initial fee." Thomas v. Butts, 745 F.3d 309, 312 (7th Cir. 2014).

**THEREFORE, IT IS ORDERED** that on or before **Monday, June 24, 2014**, plaintiff shall file a letter with the court explaining why he did not pay his initial partial filing fee.

Dated at Milwaukee, Wisconsin, this 26th day of May 2014.

                                                          s/ Lynn Adelman
                                                          _____
                                                          LYNN ADELMAN
                                                          District Judge