# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ISAIAH DOSSIE,**
      **Plaintiff,**

     v.                                                Case No. 14-CV-0080

**RACINE COUNTY,**
      **Defendant,**

## DECISION AND ORDER

Plaintiff filed a complaint under 42 U.S.C. § 1983 on January 24, 2014, along with a motion for leave to proceed in forma pauperis. However, plaintiff did not submit a certified copy of his prison trust account statement for the six months prior to filing his complaint. Finally, after being ordered to do so, plaintiff submitted an incomplete prisoner trust account statement on March 11, 2014. I ordered plaintiff to pay an initial partial filing fee of $1.25 within 21 days of April 7, 2014, but the court did not receive a payment. On May 26, 2014, I issued an order to show cause, directing plaintiff to explain why he did not pay his initial partial filing fee. See Thomas v. Butts, 745 F.3d 309, 312 (7th Cir. 2014). That order has been returned as undeliverable, with a notation that plaintiff was released from custody on May 18, 2014.

From plaintiff's course of action, I will infer that he no longer wishes to prosecute this case. First, he did not file a certified copy of his prisoner trust account statement with his motion for leave to proceed in forma pauperis and only submitted an incomplete trust account statement in response to an order directing him to do so. Second, plaintiff failed to pay his initial partial filing fee either before or for almost a month after his deadline for

doing so. Third, he has now been released from custody and has not updated the court with his new contact information.

**THEREFORE, IT IS ORDERED** that the action be **DISMISSED WITHOUT PREJUDICE** for lack of prosecution pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b). Under Civil Local Rule 41 (c), plaintiff may petition for reinstatement of the action within 21 days.

Dated at Milwaukee, Wisconsin, this 13th day of June 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge

**Civil L. R. 41. Dismissal of Actions.**

**(c) Dismissal for Lack of Diligence.**  Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice.  Any affected party may petition for reinstatement of the action within 21 days.